**ORDERED ACCORDINGLY.**

Dated: October 22, 2010

_____
**GEORGE B. NIELSEN, JR**
U.S. Bankruptcy Judge
_____

# TIFFANY & BOSCO
### P.A.
**2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-73559

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Carl Felix Zika and Gabrielle Julieanne Zika<br>      Debtors.<br>_____<br>U. S. Bank National Association, as Trustee for WFASC 2005-AR8<br>      Movant,<br>vs.<br><br>Carl Felix Zika and Gabrielle Julieanne Zika, Debtors, Diane M. Mann, Trustee.<br><br>      Respondents. | No. 2:10-BK-27380-GBN<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #18) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated February 23, 2004 and recorded in the office of the Clark County Recorder wherein U. S. Bank National Association, as Trustee for WFASC 2005-AR8 is the current beneficiary and Carl Felix Zika and Gabrielle Julieanne Zika have an interest in, further described as:

> PARCEL I:
> UNIT 214 ("UNIT") AS SHOWN ON THE FINAL AMENDED MAP OF MONTELAGO VILLAGE AT LAKE LAS VEGAS AKA "VIERA CONDOMINIUM", FILED IN BOOK 111 OF PLATS, PAGE 88, IN THE OFFICIAL RECORDS OF THE COUNTY RECORDER, CLARK COUNTY, NEVADA ("AMENDED PLAT"), AND AS DEFINED AND SET FORTH IN AND SUBJECT TO THAT CERTAIN DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS FOR VIERA CONDOMINIUM, RECORDED AUGUST 1,2003 AS INSTRUMENT NO, 03418 IN BOOK 20030801, OFFICIAL RECORDS, CLARK COUNTY, NEVADA ("VIERA DECLARATION"J.
> PARCEL" :
> TOGETHER WITH AN UNDIVIDED ALLOCATED FRACTIONAL INTEREST IN AND TO THE GENERAL COMMON ELEMENTS, AS SET FORTH IN, AND SUBJECT TO, THE AMENDED PLAT AND THE VIERA DECLARATION.
> PARCEL III :
> TOGETHER WITH AN EXCLUSIVE INTEREST IN AND TO THOSE LIMITED COMMON ELEMENTS, IF ANY, APPURTENANT TO THE UNIT, AS SET FORTH IN, AND SUBJECT TO, TI IE AMENDED PLAT AND THE VIERA DECLARATION.
> PARCEL IV:
> TOGETHER WITH A NON-EXCLUSIVE EASEMENT OF REASONABLE INGRESS TO AND EGRESS FROM THE UNIT, AND OF ENJOYMENT OF THE GENERAL COMMON ELEMENTS, AS SET FORTH IN, AND SUBJECT TO, THE AMENDED PLAT AND THE VIERA DECLARATION.

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.