**ORDERED ACCORDINGLY.**

1   BRIAN A. PAINO (AZ BN 027091)
    KYLE J. SHELTON (AZ BN 027379)
2   PITE DUNCAN LLP
    4375 Jutland Drive, Suite 200        **Dated: October 22, 2010**
3   P.O. Box 17933
    San Diego, CA 92177-0933
4   Telephone: (858) 750-7600
    Facsimile: (619) 590-1385
5   kshelton@piteduncan.com              _____
                                         **GEORGE B. NIELSEN, JR**
6                                        **U.S. Bankruptcy Judge**

    Attorneys for WELLS FARGO BANK, N.A. ALSO KNOWN AS WACHOVIA MORTGAGE,
7   A DIVISION OF WELLS FARGO BANK, N.A., AND FORMERLY KNOWN AS
    WACHOVIA MORTGAGE, FSB, FORMERLY KNOWN AS WORLD SAVINGS BANK,
8   FSB

9

10                   UNITED STATES BANKRUPTCY COURT

11                 DISTRICT OF ARIZONA - PHOENIX DIVISION

12   In re                                    | Case No. 2:10-BK-27380-GBN

13   CARL FELIX ZIKA AND GABRIELLE            | Chapter 7
     JULIEANNE ZIKA,
14                                            | ORDER FOR RELIEF
              Debtor(s).
15

16   WELLS FARGO BANK, N.A. ALSO
     KNOWN AS WACHOVIA MORTGAGE, A
17   DIVISION OF WELLS FARGO BANK, N.A.,
     AND FORMERLY KNOWN AS
18   WACHOVIA MORTGAGE, FSB,
     FORMERLY KNOWN AS WORLD
19   SAVINGS BANK, FSB,

20            Movant,

21        v.

22   CARL FELIX ZIKA AND GABRIELLE
     JULIEANNE ZIKA, Debtor(s); and DIANE
23   M. MANN, Chapter 7 Trustee,

24            Respondents.

25

26        Movant's Motion for Relief from the Automatic Stay and Notice along with the form of

27   proposed Order Lifting Stay having been duly served upon Respondent, Respondent's counsel,

28   and the Trustee, and no objection having been received, and good cause appearing therefor,

                                         - 1 -

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1.     The automatic stay of 11 United States Code section 362 is hereby immediately terminated as it applies to the enforcement by Movant of all of its rights in the real property under the Note and Deed of Trust commonly known as 26 Vista Encanta, San Clemente, California 92672-3126 ("Real Property"), which is legally described as:

> SEE DEED OF TRUST ATTACHED TO THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY AS EXHIBIT B FILED ON BEHALF OF MOVANT AND MADE A PART HEREOF.

2.     That the 14-day stay of Federal Rule of Bankruptcy Procedure 4001(a)(3) is waived as the Debtors intend to surrender the Real Property;

3.     Movant is authorized to foreclose its security interest in the Real Property under the terms of the Note and Deed of Trust, and pursuant to applicable state law;

4.     Post-petition attorneys' fees and costs for the within motion may be added to the outstanding balance of the subject Note as allowed under applicable non-bankruptcy law;

5.     Upon foreclosure, in the event Debtors fail to vacate the Property, Movant may proceed in State Court for forcible detainer pursuant to applicable state law;

6.     Movant may offer and provide Debtors with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case;

7.     This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code; and

8.     Counsel for Movant is to serve a copy of this Order immediately upon Debtors, Debtors' counsel, the Trustee, and all other interested parties entitled to Notice of Motion.

DATED this _____ day of _____, 2010.

_____
UNITED STATES BANKRUPTCY JUDGE

- 2 -